ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
ABRAHAM FINE (CABN 292647)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Cynthia.Frey@usdoj.gov
    Abraham.Fine@udsoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-374-MMC |
| Plaintiff, | **UNITED STATES' EXHIBIT LIST** |
| v. | |
| JOSEPH HUFFAKER, | |
| Defendant. | |

The United States provides the attached notice of exhibits it may introduce at trial in its case-in-chief. The United States reserves the right to amend or supplement this list as appropriate as trial preparations progress.

DATED: 9/19/2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Cynthia Frey*
_____
CYNTHIA FREY
ABRAHAM FINE
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No:   CR 21-374-MMC                               Date:   September 19, 2023

UNITED STATES OF AMERICA          v.          JOSEPH HUFFAKER

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | US 001151 | | 5/20/21 Email from FBI to Baker with photos for identification |
| 2 | | | US 001152 to US 001156 | | Photos for identification for Baker |
| 3 | | | BWS-GJS0001349 | | Citation for 12/13/16 M.C. Stop |
| 4 | | | BWS-GJS0001180 to BWS-GJS0001186 | | 12/13/16 Huffaker/Tatum Police Report – M.C. |
| 5 | | | BWS-GJS0003066 to BWS-GJS0003067 | | M.C. Arrest Warrant Application for 12/13/16 Stop |
| 6 | | | BWS-GJS0047435 to BWS-GJS0047436 | | 12/13/16 M.C. CAD |
| 7 | | | BWS-GJS0024522 to BWS-GJS0024524 | | M.C. Body Camera Footage – 12/13/2016 12-13-2016 14-02-00 12-13-2016 14-19-05 |
| 8 | | | US 000850 to US 000856 | | Jeff Weaver RPDPS Referral Letter |
| 9 | | | US 001113 to US 001117 | | RPDPS Facilities Photos |
| 10 | | | US 001118 to US 001125 | | RPDPS Facilities Photos |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 11 | | | US 001126 to US 001130 | | RPDPS Facilities Photos |
| 12 | | | BWS-GJS0001610 to BWS-GJS0001624 | | Memo from Masterson and pictures he took in March 2018 of the marijuana seized on 12/18/17 |
| 13 | | | BWS-GJS0001633 | | Picture emailed by Masterson of the Admin Sergeant Vehicle – Black unmarked SUV |
| 14 | | | BWS-GJS0002281 to BWS-GJS0002288 | | Chain of custody and police report for 12/18/17 Marijuana |
| 15 | | | BWS-GJS0048630 to BWS-GJS0048642 | | Audit Detail Report for 12/18/17 Marijuana |
| 16 | | | BWS-GJS0048643 | | Property Report (Found Property) for two boxes of 15 pounds of MJ, 12/18/17 |
| 17 | | | BWS-GJS0050233 to BWS-GJS0050236 | | Screenshots from Property Database re 12/19/2017 MJ Seized |
| 18 | | | BWS-GJS0050264 to BWS-GJS0050269 | | Screenshots from Property Database re 12/19/2017 MJ Seized |
| 19 | | | BWS-GJS0051072 to BWS-GJS0051319 | | Chronology Event Logs - 12-5-2017 |
| 20 | | | BWS-GJS0051816 | | Computer Sheet re Flatten Report |
| 21 | | | BWS-GJS0051817 | | Computer LEADS re Flatten |
| 22 | | | US 005717 to US 005720 | | Photos Shown During Flatten Interview |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 23 | | | US 005244 | | Photo of Tatum and Huffaker with notes provided by Flatten |
| 24 | | | US 005246 | | Photo of vehicle Flatten provided to FBI depicting vehicle that stopped him on 12/5/17 |
| 25 | | | US 005331 | | [PHYSICAL] Comfort Inn Envelope with Rental Contract |
| 26 | | | US 000778 to US 000810 | | Redheaded Blackbelt Article, 2/11/18 part 1 |
| 27 | | | US 000811 to US 000843 | | Redheaded Blackbelt Article, 2/11/18 part 2 |
| 28 | | | US 005239 to US 005240 | | 2/3/14 Article re: Marijuana Seizure |
| 29 | | | US 009761 to US 010923 | | GJ Serials 130 – Flatten Phone Records |
| 30 | | | US 029619 | | Oey Employment Verification (Fox Rent a Car) |
| 31 | | | US 017539 to US 017541 | | Request for FBI Lab to Conduct Fingerprint Analysis |
| 32 | | | US 012495 to US 012503 | | Latent Fingerprint Images (P1-P6) |
| 33 | | | US 012504 to US 012505 | | Fingerprint Card Oey |
| 34 | | | US 012506 to US 012725 | | Asset Details (for reference) |
| 35 | | | US 012726 to US 012751 | | Latent Fingerprint Images (Processing) |
| 36 | | | US 012752 | | (Oey - blind verification) |
| 37 | | | US 012753 | | Latent Fingerprint Image (digital image - blind verification |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 38 | | | US 012754 | | Case and Case Record (for reference) |
| 39 | | | US 012775 | | Evidence Check-In Notes |
| 40 | | | US 012776 | | Lab Case Notes |
| 41 | | | US 012778 to US 012784 | | Lab Report re: Latent Print (6/10/19) |
| 42 | | | US 017544 to US 017545 | | Lab Shipping Invoice |
| 43 | | | US 017230 to US 017257 | | Lab Chain of Custody Materials |
| 44 | | | US 028779 to US 029130 | | Latent Prints - Supplemental Discovery Material |
| 45 | | | US 017542 | | FedEx Tracking Documents for Latent Print Materials |
| 46 | | | US 028781 to US 028954 | | Asset Details (for reference) |
| 47 | | | US 028955 to US 029048 | | Asset Details - Blind Verification (for reference for P1) |
| 48 | | | US 029049 to US 029055 | | Lab Report: re Latent Prints (9/14/23) |
| 49 | | | US 029056 to US 029067 | | NGI known record search (for reference) |
| 50 | | | US 029068 to US 029075 | | Fosher CV |
| 51 | | | US 029076 to US 029102 | | Case and Case Record (for reference) |
| 52 | | | US 029103 to US 029104 | | Lab Case Notes |
| 53 | | | US 029105 | | Evidence Check-In Notes |
| 54 | | | US 029106 to US 029108 | | Fingerprint Cards - Flatten |

UNITED STATES' EXHIBIT LIST            5
CR 21-374-MMC

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 55 | | | US 029109 to US 029110 | | Fingerprint Cards - Tatum |
| 56 | | | US 029111 to US 029112 | | Fingerprint Cards - Huffaker |
| 57 | | | US 029113 to US 029115 | | Fingerprint Cards - Tatum |
| 58 | | | US 029116 to US 029124 | | Latent Print Images (Item 2-1) |
| 59 | | | US 029125 to US 029126 | | Fingerprint Cards - Tatum |
| 60 | | | US 029127 to US 029129 | | Latent Print Images (Item 2-1) |
| 61 | | | BWS-GJS0003104 to BWS-GJS0003105 | | K.G. Arrest Warrant Application for 12/20/16 Stop |
| 62 | | | BWS-GJS0000049 to BWS-GJS0000050 | | Destruction order for K.G. stop (12/20/16) |
| 63 | | | BWS-GJS0001195 to BWS-GJS0001199 | | 12/20/16 Huffaker/Tatum Police report |
| 64 | | | BWS-GJS0007521 to BWS-GJS0007523 | | Huffaker email to Snodgrass re 12/20/2016 Destruction Order |
| 65 | | | CITY_RP 020219 | | Body-worn camera video re K.G. – 12/20/2016 2016-12-20_14-11-40 |
| 66 | | | US 001136 to US 001143 | | 2/20/18 Tatum email to FBI - Heinrich with RPDPS Incident Report & Press Release (Forwarded by Heinrich to Case agent) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 67 | | | BWS-GJS0001664 to BWS-GJS0001685 | | Huffaker Payroll sheet for 12/11/2016 – 12/24/2016 |
| 68 | | | BWS-GJS0006180 to BWS-GJS0006181 | | Email from Tristin Huffaker account to Huffaker RPCITY address with Interdiction Case Synopsis Doc Attached |
| 69 | | | BWS-GJS0006348 to BWS-GJS0006355 | | Huffaker 12/19/16 email to himself with timesheet for December 2016 |
| 70 | | | BWS-GJS0006534 | | 8/15/16 Email from Tatum to interdiction team re new overtime code for interdiction |
| 71 | | | BWS-GJS0006536 to BWS-GJS0006569 | | 8/5/16 email from Huffaker to interdiction team attaching many templates he uses for interdiction team stuff |
| 72 | | | BWS-GJS0006978 | | 10/14/16 Email from Huffaker to interdiction team re interdiction follow ups |
| 73 | | | BWS-GJS0013300 to BWS-GJS0013303 | | Huffaker Performance Appraisal 2016-2017 |
| 74 | | | BWS-GJS0007940 to BWS-GJS0007958 | | 3/15/2018 Huffaker email to himself re Uniform Manual |
| 75 | | | BWS-GJS0008139 to BWS-GJS0008176 | | 3/19/2018 Huffaker email to himself re RPDPS Personnel Rules and Regulations Doc |
| 76 | | | BWS-GJS0008205 to BWS-GJS0008206 | | 9/14/2017 Huffaker email to himself re Huffaker Fabrication Invoice for Tatum |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 77 | | | BWS-GJS0008580 to BWS-GJS0008584 | | 11/9/2016 Email from Huffaker re Destruction Orders |
| 78 | | | BWS-GJS0013606 to BWS-GJS0013609 | | RPDPS Document Listing Huffaker's Trainings Attended |
| 79 | | | BWS-GJS0018786 to BWS-GJS0018789 | | Document re December 2016 Interdiction Stats |
| 80 | | | US 012177 to US 012183 | | Huffaker Proffer Attachments |
| 81 | | | US 012184 to US 012185 | | Huffaker Proffer Agreement w- Garrity Waiver (2-21-2022) |
| 82 | | | US 028774 to US 028775 | | Huffaker Proffer Agreement (2-1-2022) |
| 83 | | | US 002552 to US 003603 | | Huffaker Verizon Records, 707-291-3466 (6-2015-10-2019) |
| 84 | | | BWS-GJS0051334 to BWS-GJS0051335 | | 3/20/17 email from Huffaker to Bates with timesheet |
| 85 | | | BWS-GJS0051545 to BWS-GJS0051772 | | Huffaker Time Sheets (1-2016 to 10-2018) |
| 86 | | | BWS-GJS0051584 | | Huffaker time sheet for week of 12/3/2017 |
| 87 | | | BWS-GJS0051586 | | Huffaker time sheet for week of 12/17/2017 |
| 88 | | | BWS-GJS0051334 to BWS-GJS0051353 | | Huffaker emails re time sheets (2016-2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 89 | | | BWS-GJS0051545 to BWS-GJS0051559 | | Huffaker Timesheets (1-2-2017 to 2-27-2016) |
| 90 | | | BWS-GJS0051560 to BWS-GJS0051573 | | Huffaker Timesheets (1-9-2017 to 3-11-2017) |
| 91 | | | BWS-GJS0051574 to BWS-GJS0051611 | | Huffaker Timesheets (10-2017 to 6-2018) *51584 (12/3-9/17) *51586 (12/17-23/17) |
| 92 | | | BWS-GJS0051612 to BWS-GJS0051616 | | Huffaker Timesheets (12-2016-1/2017) |
| 93 | | | BWS-GJS0051617 to BWS-GJS0051622 | | Huffaker Timesheets (3-2017 to 3-31-2017) |
| 94 | | | BWS-GJS0051623 to BWS-GJS0051700 | | Huffaker timesheets (3-2016 to 11-2016) |
| 95 | | | BWS-GJS0051701 to BWS-GJS0051707 | | Huffaker Timesheets (4-2017 to 5-2017) |
| 96 | | | BWS-GJS0051708 to BWS-GJS0051710 | | Huffaker Timesheets (5-2017 to 6-2017) |
| 97 | | | BWS-GJS0051711 to BWS-GJS0051734 | | Huffaker Timesheets (6-2017 to 9-2017) |
| 98 | | | BWS-GJS0051735 to BWS-GJS0051772 | | Huffaker Timesheets (6-2018 to 10-2018) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 99 | | | US 003906 to US 003955 | | Huffaker BofA Credit Card Statements July 19, 2017 – April 18, 2018 |
| 100 | | | BOW 000001 to BOW 000863 | | Huffaker Bank of the West Records |
| 101 | | | US 028701 to US 028722 | | Huffaker Bank of the West Records - Supplemental |
| 102 | | | US 029465 to US 029474 | | Huffaker Wells Fargo Records |
| 103 | | | US 028723 to US 028772 | | Huffaker Redwood Municipal Insurance Records |
| 104 | | | US 020845 to US 021043 | | Huffaker - Capital One Credit Card Records |
| 105 | | | US 028777 to US 028778 | | Huffaker Capital One Credit Card Cert |
| 106 | | | US 003906 to US 004039 | | Huffaker BofA Records (6-2017 - 5-2018) |
| 107 | | | US 004056 to US 004095 | | Huffaker BofA Credit Card Statements (5-2018 - 11-2019) |
| 108 | | | US 011852 to US 011864 | | Huffaker REMIF Workers Comp Payment Records (ATHENS) |
| 109 | | | CITY_RP 020301 | | J.K. Body Camera Footage – 12/6/2016 2016-12-06_11-05-14 |
| 110 | | | BWS-GJS0048826 | | Aaron Johnson Notes Re Chiefs Meeting on January 12, 2017 |
| 111 | | | BWS-GJS0050866 to BWS-GJS0050867 | | 2/26/18 Memo From Johnson to Masterson |
| 112 | | | BWS-GJS0050868 | | 3/5/18 Memo from Johnson to Masterson |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 113 | | | BWS-GJS0048850 | | Event Chronology (12-19-2017) (RP 17-005373 Assigned) |
| 114 | | | BWS-GJS0049878 to BWS-GJS0050232 | | Event Chronology 12-18-2017 through 12-19-2017 |
| 115 | | | US 005949 to US 005950 | | Lutz Use Immunity Agreement |
| 116 | | | US 005951 to US 005959 | | Lutz Interview Photographs |
| 117 | | | US 001132 | | Lutz Timeline Screenshot |
| 118 | | | US 001133 | | Lutz Timeline Screenshot |
| 119 | | | US 001135 | | Lutz Varietal Spreadsheet |
| 120 | | | US 010925 to US 011000 | | Lutz Phone Records |
| 121 | | | BWS-GJS0048506 to BWS-GJS0048615 | | RPP Property/Evidence Packaging Manual (Rev'd 4/2016) |
| 122 | | | BWS-GJS0050570 to BWS-GJS0050660 | | RPP Report Writing Manual (Rev'd 5/2017) (CITY_RP 018907-18997) |
| 123 | | | BWS-GJS0050861 to BWS-GJS0050865 | | RPP SOP For Body Worn Cameras (1/29/15) (CITY_RP019198-202) |
| 124 | | | BWS-GJS0012443 to BWS-GJS0012469 | | RPP Asset Forfeiture Manual (2010)(See also 50534-50542/City RP18880-18905) |
| 125 | | | BWS-GJS0012480 to BWS-GJS0012486 | | RPDPS Asset Forfeiture Policy 606 (Lexipol 2016/2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 126 | | | BWS-GJS0008664 to BWS-GJS0009300 | | RPDPS Policy Manual 2016/2017 |
| 127 | | | BWS-GJS0050252 to BWS-GJS0050254 | | Radio Call Designations (Nov. 2016) |
| 128 | | | BWS-GJS0050258 to BWS-GJS0050260 | | Radio Call Designations (2/13/17) |
| 129 | | | BWS-GJS0050255 to BWS-GJS0050257 | | Radio Call Designations (August 2018) |
| 130 | | | BWS-GJS0010833 | | 8/29/17 email chain re Off Duty Activity |
| 131 | | | CITY_RP 020971 | | M.E. Body Camera Footage – 12/30/2016 2016-12-30_13-26-50 |
| 132 | | | BWS-GJS0009447 to BWS-GJS0009448 | | 12/9/2016 email from Tatum to Huffaker with draft C.M. police report |
| 133 | | | BWS-GJS0000037 to BWS-GJS0000038 | | Destruction Order for 12/6/16 stop of C.M. |
| 134 | | | BWS-GJS0001151 to BWS-GJS0001155 | | Police Report for 12/6/16 stop of C.M. |
| 135 | | | BWS-GJS0002943 to BWS-GJS0002944 | | Arrest Warrant Affidavit for 12/6/16 stop of C.M. |
| 136 | | | BWS-GJS0047379 to BWS-GJS0047380 | | CAD for 12/6/16 stop of C.M. |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 137 | | | BWS-GJS0024385 | | Body Cam Video BWS-GJS0024385 12-6-2016 13-49-49.AVI re stop of C.M. |
| 138 | | | US 001104 to US 001112 | | RPDPS Evidence Photos by FBI (Marijuana seized 12/18/17) |
| 139 | | | US 001144 to US 001149 | | 5/20/21 FBI email to Simas with photos for identification |
| 140 | | | US 001150 | | 5/21/21 Simas Email Response to FBI with identification |
| 141 | | | BWS-GJS0000029 to BWS-GJS0000030 | | Destruction order for 10/31/16 (M.S.) stop |
| 142 | | | BWS-GJS0001125 to BWS-GJS0001131 | | 10/31/2016 Huffaker/Tatum Police Report – M.S. stop |
| 143 | | | BWS-GJS0002836 to BWS-GJS0002837 | | Arrest warrant affidavit for 10/31/16 stop od M.S. |
| 144 | | | BWS-GJS0047247 | | 10/31/16 CAD re M.S. |
| 145 | | | CITY_RP 020119 to CITY_RP 020125 | | Body Camera Footage – 10/31/2016 2016-10-31_12-52-40 2016-10-31_13-02-28 2016-10-31_13-20-46 re M.S. stop |
| 146 | | | IRSCC-000663 to IRSCC-001032 | | Tatum Costco Credit Card Statements (2014-2020) |
| 147 | | | US 012236 | | 3/19/18 Tatum email to himself |
| 148 | | | US 012237 to US 012242 | | Attachment to 3/19/18 Tatum email to himself |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 149 | | | US 012243 to US 012255 | | Attachment to 3/19/18 Tatum email to himself |
| 150 | | | US 012270 to US 012273 | | 9/14/17 email from Huffaker to Tatum re invoices |
| 151 | | | US 012274 to US 012276 | | Tatum forwarding 1/2/2018 email to Huffaker re Gunwerks purchase |
| 152 | | | US 012277 to US 012279 | | Tatum forwarding 1/2/2018 email to Huffaker re Gunwerks purchase |
| 153 | | | US 012280 to US 012281 | | Tatum forwarding Huffaker 1/3/18 email re fuel tank replacement. |
| 154 | | | US 012282 to US 012289 | | Tatum forwarding Huffaker 2/20/18 email he sent to FBI (Heinrich) |
| 155 | | | US 012290 to US 012292 | | Tatum forwarding 2/13/18 email to Huffaker with Press Release Word Doc |
| 156 | | | US 012293 to US 012294 | | 2/15/2018 email from Huffaker to Tatum with subject line "Review" |
| 157 | | | US 012316 to US 012317 | | 2/13/18 Tatum forwarding himself email from Tristin Huffaker with Mendo.docx attached |
| 158 | | | US 012318 to US 012320 | | 2/15/18 Tatum forwarding to Huffaker Traffic Stop.docx |
| 159 | | | US 012321 to US 012322 | | Tatum forwarding body of police report to his rpcity account on 2/20/18 |
| 160 | | | US 012323 to US 012325 | | Tatum forwarding press release to his RP City account on 2/20/18 |
| 161 | | | US 012385 to US 012386 | | 1/2/2018 email chain re Gunwerks purchase |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 162 | | | US 012442 to US 012443 | | 2/13/2018 email from Tristin Huffaker to Tatum with "Mendo.docx" attached |
| 163 | | | BWS-GJS0010037 to BWS-GJS0010040 | | 10/30/16 Tatum email to Masterson with October 2016 Interdiction stats attached |
| 164 | | | BWS-GJS0049876 | | Interdiction team roster by year (org chart) |
| 165 | | | BWS-GJS0008287 to BWS-GJS0008291 | | 9/18/16 Tatum email re August 2016 Interdiction Stats |
| 166 | | | BWS-GJS0008574 | | 12/6/15 email chain re Uniforms |
| 167 | | | BWS-GJS0018786 to BWS-GJS0018789 | | December 2016 Interdiction Stats |
| 168 | | | US 005967 to US 005968 | | 2-13-2018 RPDPS Press Release re: December 2017 Traffic Stop |
| 169 | | | US 001162 to US 001916 | | Verizon Phone Records (Tatum - 707-775-8317, 2014-2018) |
| 170 | | | BWS-GJS0051340 to BWS-GJS0051341 | | 1/8/18 Tatum email re Timesheet |
| 171 | | | BWS-GJS0051354 to BWS-GJS0051544 | | Tatum Time Sheets (1-2016 - 12-2017) |
| 172 | | | BWS-GJS0051540 | | Tatum timesheet for week of 12/3/2017 |
| 173 | | | BWS-GJS0051543 | | Tatum timesheet for week of 12/17/2017 |
| 174 | | | BWS-GJS0051354 to BWS-GJS0051495 | | Tatum Timesheets (2016-2017) |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 175 | | | BWS-GJS0051496 to BWS-GJS0051530 | | Tatum Timesheets (2018) |
| 176 | | | BWS-GJS0052953 to BWS-GJS0052954 | | 2/13/18 Tatum Email |
| 177 | | | BWS-GJS0052969 to BWS-GJS0052971 | | 7/23/16 Email from Tristinhuff Gmail to Huffaker RP re marijuana stop and destruction order with attachment |
| 178 | | | BWS-GJS0052878 to BWS-GJS0052880 | | 2/13/18 Tatum email re Press Release with Attachment |
| 179 | | | BWS-GJS0052949 to BWS-GJS0052951 | | 2/15/18 Tatum email to Huffaker re Press Release |
| 180 | | | BWS-GJS0052734 | | 2/15/18 Email from Huffaker to Tatum re Flatten Stop |
| 181 | | | BWS-GJS0052901 to BWS-GJS0052902 | | 2/15/18 Tatum Email re Flatten Stop |
| 182 | | | BWS-GJS0052945 to BWS-GJS0052947 | | 2/20/18 Tatum Email re Press Release |
| 183 | | | BWS-GJS0052914 to BWS-GJS0052916 | | 2/20/18 Tatum Email re Press Release |
| 184 | | | BWS-GJS0052937 to BWS-GJS0052938 | | 2/20/18 Tatum Email re Press Release |

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| 185 | | | US 012498 | | Latent Print P1 (extracted from Exhibit 32) |
| 186 | | | US 012499 | | Latent Print P2 (extracted from Exhibit 32) |
| 187 | | | US 012500 | | Latent Prints P3 and P4 (extracted from Exhibit 32) |
| 188 | | | US 012501 | | Latent Print P5 (extracted from Exhibit 32) |
| 189 | | | US 012502 | | Latent Print P6 (extracted from Exhibit 32) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |