UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** September 26, 2023    **Time:** 10:10 – 11:19    **Judge:** MAXINE M. CHESNEY
1 hour 9 minutes

**Case No.:** 21-cr-00374-MMC-2    **Case Name:** UNITED STATES v. Joseph Huffaker

**Attorney for Plaintiff:** Abraham Fine and Cynthia Frey
**Attorney for Defendant:** Christopher Shea

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Jennifer Coulthard

PROCEEDINGS

**Final Pretrial Conference – hearing held.**

**Defendant's Motion to Continue Trial (Dkt. 168) – Granted.**

**Government's In Limine Motions:**

1. **Re Admission of Defendant's Proffer for Impeachment or in Rebuttal Case (Dkt. 145) – Granted.**
2. **Re Limitations on Impeachment and Extrinsic Evidence (Dkt. 147) – Denied without prejudice to specific objections.**
3. **Re Introduction of Evidence Related to Defendant's 2016 Interdiction Stops (Dkt. 148) – Granted.**
4. **Re Henthorn-Type Inquiries of Law Enforcement Witnesses (Dkt. 149) – Granted.**
5. **To Exclude Reference to Sentence or Punishment (Dkt. 150) – Granted in form of protective order.**
6. **To Allow the Government to Introduce Defendant's Statements but Preclude Defendant From Admitting His Own Out-of-Court Statements (Dkt. 151) – Granted.**
7. **To Limit the Use of Witness Interview Reports at Trial (Dkt. 152) – Denied without prejudice to specific objections**
8. **Re Irrelevant Good Character Evidence (Dkt. 153) – Granted.**
9. **Re Interstate Commerce Jury Instruction (Dkt. 154) – Granted.**

**Defendant's Motion to Disclose Grand Jury Transcripts to be filed by October 6, 2023; Government's Opposition due October 20, 2023; Defendant's Reply due October 27, 2023.**

**CASE CONTINUED TO: November 15, 2023 at 2:15 p.m. for Defendant's Motion to Disclose Grand Jury Transcripts**

**CASE CONTINUED TO: Tuesday, February 6, 2024 at 10:00 a.m. for Continued Pretrial Conference**

**CASE CONTINUED TO: Thursday, February 15, 2024 at 9:00 a.m. for Jury Selection**

**CASE CONTINUED TO: Tuesday, February 20, 2024 at 9:00 a.m. for Jury Trial – 3 weeks**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins:   September 26, 2023
Ends: February 20, 2024