UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 26, 2024    **Time:** 2:20 – 2:35    **Judge:** MAXINE M. CHESNEY
= 15 minutes

**Case No.:** 21-cr-00374-MMC-2    **Case Name:** UNITED STATES v. Joseph Huffaker (appearance waived)

**Attorney for Plaintiff:** Abraham Fine
**Attorney for Defendant:** Tyler Harris
**Attorney for Defendant:** William Edelman (by Zoom)

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Rhonda Aquilina

## PROCEEDINGS

**Status Conference – hearing held.**

**Motion to Withdraw as Counsel for Defendant (Dkt. No. 234) filed by William Edelman – Granted.**

**The Court vacated the current trial and pretrial dates.**

**Parties will submit a stipulation and proposed order to reschedule the pending motion to suppress (Dkt. No. 206) for hearing.**

**CASE CONTINUED TO: July 1, 2025 at 10:00 a.m. for Final Pretrial Conference**

**CASE CONTINUED TO: July 10, 2025 at 9:00 a.m. for Jury Selection (tentative)**

**CASE CONTINUED TO: July 14, 2025 at 9:00 a.m. for Jury Trial (10-12 days)**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: June 26, 2024
Ends: July 14, 2025