ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRENDAN JACY TATUM, <br><br> Defendant.) | NO. CR 21-0374 MMC <br><br> STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER |

    On December 1, 2021, the defendant plead guilty to Counts One, Four and Five of the Indictment. At the hearing, the parties agreed to put the matter over for sentencing to March 9, 2022, and have since agreed to continue the sentencing to May 22, 2024 and then to January 29, 2025. Due to preparation for sentencing, the parties are now requesting a further continuance of the sentencing to September 3, 2025. The Courtroom Deputy has confirmed this Court's availability and United States Probation has also confirmed availability.

//

//

//

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR 21-0374 MMC
v. 7/10/2018

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 10, 2025

/s/
ABRAHAM FINE
Assistant United States Attorney

DATED: January 10, 2025

/s/
STUART HANLON
Counsel for Defendant Brendan Jacy Tatum

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court hereby orders that the above-captioned matter be continued for sentencing to September 3, 2025 at 2:15pm.

IT IS SO ORDERED.

DATED: January 13, 2025

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge