RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste. 200
Westlake Village, CA. 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

*Attorney for Defendant*
*Joseph Huffaker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:21-CR-00374-MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEFENDANT'S REPLY BRIEF TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS AND HEARING ON MOTION.** |
| JOSEPH HUFFAKER, | |
| Defendant. | |

Defendant, Joseph Huffaker ("Huffaker"), through his counsel Richard Ceballos, and the government, through Assistant U.S. Attorney Abraham Fine, stipulate and agree that the deadline for Defendant's Response to Government's Opposition Brief to Defendant's Motion to Suppress due for January 22, 2025, should be continued to February 19, 2025 (or a similar date at the Court's convenience) to provide for Defendant's new counsel to adequately review and file an efficient response to the Government's Opposition to Defendant's Motion to Suppress. Counsel for both Defendant and the Government also stipulate and agree to continue the previously scheduled hearing on said Motion to Suppress previously scheduled for February 5, 2025, to March 12, 2025 (or a similar date at the Court's convenience).

1.  This case is currently scheduled for trial starting on July 14, 2025. The defense understands that July 14th remains a firm trial date set by this Court and will not be seeking

a continuance based upon this stipulation to continue the motion date.

2.   On April 29, 2024, previous defense counsel filed a Motion to Suppress Identifications.

3.   On May 13, 2024, government filed their Opposition to defense's Motion to Suppress.

4.   On May 17, 2024, previous defense counsel filed a stipulation and proposed order (ECF No. 219) that was ultimately granted by the Court (ECF No. 220) regarding prior counsel's withdrawal from the case for personal and health reasons.  That Order vacated a pending reply brief deadline and set a status conference for the previously scheduled motion hearing date of June 5, 2024 to discuss the transition of counsel and scheduling issues in light of that transition.

5.   Undersigned defense counsel's firm, The Ferrone Law Group firm, was identified as replacement counsel.  Tyler Harris of the Ferrone Law Group firm became the replacement counsel.

6.   In December 2024, the case was transferred to undersigned defense counsel because prior attorney, Tyler Harris, separated from the firm.

7.   Undersigned defense counsel engaged in preliminary discussion with the prosecutors and to review the file to get up to speed on realistic schedules, specifically involving the defendant's Motion to Suppress and associated briefs.

8.   Accordingly, the parties stipulate that the due date for defendant's response to government's Opposition to defendant's Motion to Suppress currently due for January 22, 2025, should be continued to February 19, 2025 (or another date at the Court's convenience) to permit new defense counsel to prepare and adequately file a sufficient reply brief. The newly assigned attorney for Mr. Huffaker has applied for and has been approved to e-file via PACER but the Northern District has still not granted him access. Mr. Ceballos' paralegal has been in regular contact with the District in an attempt to resolve this issue and did reach out to the Court's clerk advising him/her of the situation. The clerk advised that since AUSA Mr. Abraham Fine signed off on the stipulation he could e-file the same with the court on our behalf.

9.   In addition, the parties stipulate that the currently-scheduled motion hearing date on February 5, 2025, be continued to March 12, 2025 (or another date at the Court's convenience).

//

10. The trial for this matter remains set for July 14, 2025.

**IT IS SO STIPULATED.**

DATED: January 10, 2025                    By:    */s/ Richard Ceballos*

                                                   Richard Ceballos
                                                   *Attorney for Defendant Joseph Huffaker*

DATED: January 10, 2025                    By:    */s/ Abraham Fine*

                                                   ABRAHAM FINE
                                                   *Assistant U.S. Attorney*

FILER'S ATTESTATION

        The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the

filing of the document has been obtained from the other signatories to this document.

                                           By:    */s/ Richard Ceballos*
                                                   Richard Ceballos

**[PROPOSED] ORDER**

This matter having come before the Court upon the stipulation of the parties and the Court

being advised:

    1.  The currently-scheduled January 22, 2025, deadline for Defendant's reply is

        CONTINUED to _____;

    2.  The currently-scheduled February 5, 2025, hearing date for the Motion to

        Suppress is CONTINUED to _____.

**IT IS SO ORDERED.**

DATED: January ___, 2025                   By: _____

                                                   HON. MAXINE M. CHESNEY
                                                   United States District Judge