AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-cr-0374-MMC |
| JOSEPH HUFFAKER, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA   .

Date:   03/18/2025

/s/ Benjamin Kleinman
*Attorney's signature*

BENJAMIN K. KLEINMAN (NYBN 5358189)
*Printed name and bar number*

1301 Clay Street, 3rd Floor, Suite 340s
Oakland, CA 94612

*Address*

Benjamin.Kleinman2@usdoj.gov
*E-mail address*

(510) 637-3680
*Telephone number*

(510) 637-3724
*FAX number*