RICHARD CEBALLOS (SBN 143782)
rceballos@ferronelawgroup.com
FERRONE LAW GROUP
4333 Park Terrace Dr., Ste 200
Westlake Village, CA. 91631
Telephone: (805) 373-5900
Facsimile: (805) 232-3706

Attorney for Defendant
Joseph Huffaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **NO. 21-CR-0374-MMC** |
| | ) [Assigned for all Purposes to Hon. Maxine M Chesney] |
| Plaintiff, | ) |
| | ) |
| v. | ) **DEFENSE'S EXHIBIT LIST** |
| | ) |
| JOSEPH HUFFAKER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

The Defense hereby provides the attached notice of exhibits it may introduce at trial in its case. The Defense reserves that right to amend or supplement this list as appropriate as trail preparations progress.

DEFENSE EXHIBIT LIST
No. CR 21-0374-MMC_____

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| A | | | | | Chain of custody for police report 12/18/17(Gov't Ex. 14) |
| B | | | | | Tatum Plea Agreement |
| C | | | | | Tatum IA Transcript 3/22/18 ppg 81-82 |
| D | | | | | Tatum IA Transcript 6/6/18 p. 32 |
| E | | | | | Tatum IA Transcript 3/22/18 p. 18 |
| F | | | | | Redheaded Blackbelt Article 2/11/18 Part I (Gov't Ex. 26) |
| G | | | | | Redheaded Blackbelt Article 2/11/18 Part II (Gov't Ex. 27) |
| H | | | | | Redwood Insurance Check (Gov't Ex. 102) |
| I | | | | | Redwood Insurance Check (Gov't Ex. 103) |
| J | | | | | Email to IRS SA Tovey from Bank of the West (Bate 028712) |

DEFENSE EXHIBIT LIST
No. CR 21-0374-MMC____

| EXHIBIT NO. | MARKED | ADMITTED | BATES | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|---|
| K | | | | | Email from IRS SA Tovey to Amy at CIRA (Bate 028749) |
| L | | | | | Email to IRS SA Tovey from Amy at CIRA (Bate 028748) |
| M | | | | | Destruction Order (Gov't Ex. 141) |

DEFENSE EXHIBIT LIST
No. CR 21-0374-MMC____

1

2

3

4   DATED: June 30, 2025                          *Richard Ceballos*

5                                                 RICHARD CEBALLOS
                                                  Counsel for Defendant Joseph Huffaker

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENSE EXHIBIT LIST
No. CR 21-0374-MMC____

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **4333 Park Terrace Drive, Suite 200, Westlake Village, California 91361**.

On July 8, 2025 I served the foregoing documents described as **DEFENSE EXHIBIT LIST** on all interested parties in this action addressed as follows:

Abraham Harry Fine
United States Attorney's Office
1301 Clay St, Ste 340S,
Oakland, CA 94612-5224
Telephone: (415) 426-7200
Email: abraham.fine@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

_      **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, CA. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**X**      BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Ferrone Law Group's electronic mail system from asavostyanov@ferronelawgroup.com to the email address(es) above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_      BY FEDERAL EXPRESS/OVERNIGHT MAIL:

**X**      STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED:  July 8, 2025, at Westlake Village, California.

*Alexey Savostyanov*

_____
Alexey Savostyanov

DEFENSE EXHIBIT LIST
Case No. 3:21-CR-00374-MMC